UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SAIM SARWAR,
Plaintiff,
v.                                                                              2:20-cv-01393-CB
HOTELS AND STUFF INC
and HILAND TERRACE CORP,

Defendants.
_____

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: October 27, 2020

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
SAIM SARWAR

1

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: October 27, 2020

_____
UNITED STATES DISTRICT JUDGE